MEADOWS *v.* FROST.

SIMMONS, C. J. No error of law was committed, and the evidence authorized the verdict.
  *Judgment affirmed. All the Justices concurring, except Lewis, J., absent.*

Submitted May 1, — Decided July 22, 1902.

Application for partition. Before Judge Holden. Washington superior court. October 15, 1901.

*Faircloth & Blount*, for plaintiff in error.
*Rawlings & Howard* and *Hardwick & Hyman*, contra.